# SAAM ZANGENEH
ATTORNEY AT LAW

September 8, 2022

**By ECF**

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**RE:** *United States v. Matthew Taylor Witkowski*, S1 22 Cr. 312 (DLC)

Dear Judge Cote:

The undersigned attorney respectfully submits this letter in regards to Defendant Matthew Taylor Witkowski.

There is currently a Pretrial Conference for the above-styled case scheduled for September 23rd, 2022 in front of Your Honor. When this matter was initially scheduled, the undersigned attorney was awaiting a new date on an ongoing Motion to Suppress Hearing in the District of Puerto Rico. After the Pretrial Conference for the above-styled case was scheduled for September 23rd, the attorney received notice that the Motion to Suppress Hearing in Puerto Rico had been continued to September 23rd.

Undersigned attorney respectfully requests that the Pretrial Conference and Arraignment is rescheduled for September 26th, or any day in the first week of October.

Respectfully submitted,

/s/     *Saam Zangeneh*
By:     Saam Zangeneh, Esq.
SAAM ZANGENEH, P.A.
14 Northeast 1st Avenue, Suite 300
Miami, Florida 33132
Telephone:     (305) 441-2333

Facsimile:     (305) 908-8693
saam@zangenehlaw.com