```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :   22cr312-2 (DLC)
            -v-                          :
                                         :        ORDER
MATTHEW TAYLOR WITKOWSKI,                :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the parties' letters of September 8, 2022, it is hereby

ORDERED that the initial conference in this matter scheduled for September 23 is adjourned to **September 26 at 2:00 PM in Courtroom 18B.**

IT IS FURTHER ORDERED that for the reasons stated in the Government's letter of the same date, that time is excluded through September 26 pursuant to 18 U.S.C. § 3161 (h)(7)(A). This exclusion is in the interest of justice and outweighs the best interest of the public and defendant in a speedy trial.

SO ORDERED:

Dated:   New York, New York
         September 12, 2022

_____
DENISE COTE
United States District Judge