UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :

    -v-                           :          ORDER

MATTHEW TAYLOR WITKOWSKI,         :          22 Cr. 312 (DLC)

    Defendant.                    :

------------------------------------x

        Defendant Matthew Taylor Witkowski having been arrested in the Southern District of Florida on July 21, 2022; and the defendant having been detained since that date pursuant to a detention order issued by the presiding magistrate judge in the Southern District of Florida on July 29, 2022; and the parties having come before the Court today on a motion by the defendant seeking pretrial release; and the parties having jointly proposed a bail package; it is hereby

        ORDERED, that the defendant MATTHEW TAYLOR WITKOWSKI shall be released after the following conditions have been met:

    1.    Defendant's bail is to be secured by a personal recognizance bond in the amount of $1 million,

        a.    to be fully secured by the posting of real estate having a net equity value of at least $1 million as approved by the Government, and also

        b.    to be secured by two financially responsible persons who are approved by the Government;

    2.    Defendant is to be subject to home detention and location monitoring at a residence location approved by Pretrial Services, and not to relocate without prior approval of Pretrial Services;

    3.    Travel is restricted to the Southern District of Florida and, solely for the purposes of attendance in court, to the Southern and Eastern Districts of New York;

4. Defendant is to surrender of all travel documents, with no applications for new travel documents;

5. Defendant is to refrain from contact with co-conspirators and co-defendants unless in the presence of counsel;

6. Pretrial supervision as directed by Pretrial Services;

7. Mental health evaluation and treatment as directed by Pretrial Services; and

8. Drug testing and treatment as directed by Pretrial Services.

9. Defendant is to obtain verifiable employment;

Dated: September 16, 2022
New York, New York

SO ORDERED

_____
P. KEVIN CASTEL
United States District Judge

Part I

2



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2022

**By ECF**

P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: ***United States v. Matthew Taylor Witkowski*, S1 22 Cr. 312 (DLC)**

Dear Judge Castel:

As directed by the Court at the conclusion of today's detention hearing in the above-referenced case, the Government respectfully submits a draft bail order. That order has also been approved by the defense.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: _____S/_____
David Raymond Lewis
Assistant United States Attorney
(212) 637-2397

cc: Saam Zangeneh, Esq. (by ECF & email)