# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATTHEW TAYLOR WITKOWSKI,

    Defendant.
    _____/

## AGREED ORDER

Upon agreement of the parties above we ask the Honorable Court to grant the Defendant, MATTHEW TAYLOR WITKOWSKI, the request to modify the conditions of his release to allow for temporary travel. This motion is agreed to by AUSA David Lewis and Probation Officer Jacob Jacoby.

**ORDERED AND ADJUDGED** that the Motion is **GRANTED:**

1. The Defendant is allowed to travel to East Las Olas Boulevard in Fort Lauderdale, Florida between 2:00p.m. and 6:00p.m. on January 5, 2023 for an excursion with family members.

**DONE AND ORDERED** in New York, New York this _5th_ day of January, 2023.

_____
**DENISE L. COTE**
United States District Judge

\