```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    S2 22cr312-2(DLC)
UNITED STATES OF AMERICA,               :
                                        :         ORDER
            -v-                         :
                                        :
MATTHEW WITKOWSKI,                      :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    For the reasons set forth on the record on April 20, 2023, it is hereby

    ORDERED that the defendant Matthew Witkowski (USM#: 12294-510) is remanded to the custody of the United States Marshal's Service.

    SO ORDERED:

Dated:    New York, New York
           April 20, 2023

                                      _____
                                          DENISE COTE
                                  United States District Judge