UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :        22cr312-2 (DLC)
          -v-                            :
                                         :           ORDER
MATTHEW TAYLOR WITKOWSKI,                 :
                         Defendant.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

Defendant Matthew Witkowski submitted a request dated March 27, 2026, which has been docketed, to relocate to the Dominican Republic.  It is hereby

ORDERED that, after consulting with the Probation Department, the Government shall respond to the defendant's request by April 17, 2026.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant and note service on the docket.

Dated:    New York, New York
          April 3, 2026

                                    _____
                                              Denise Cote
                                    United States District Judge