```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA                   :
                                           :        22cr312-2 (DLC)
              -v-                           :
                                           :           ORDER
MATTHEW TAYLOR WITKOWSKI,                   :
                         Defendant.        :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

Matthew Witkowski requested on March 27 that he be allowed to relocate to the Dominican Republic and have non-reporting supervision.  This request is opposed by the Government and is denied.

On January 19, 2023, Witkowski pleaded guilty to conspiring to commit health care fraud.  He participated in a multi-year scheme to defraud Medicare through the filing of fraudulent claims.  His restitution obligation amounts to over $8 million.

On April 20, 2023, the defendant was sentenced principally to a term of 60 months' imprisonment.  Witkowski reports that he has been on supervised release for over ten months.  The Government reports that in that time he has paid approximately $4,000 toward restitution.  The Government opposes the defendant's request to live outside the country, where he would join his wife and children, "because it would effectively leave

him unsupervised and outside the Court's jurisdiction despite paying only a minimal amount toward his restitution balance."

Witkowski engaged in a serious fraud for a lengthy period of time.  It is important that his conduct be supervised during his period of supervised release and that he comply with his obligation to make restitution.  Accordingly, it is hereby

ORDERED that the defendant's March 27, 2026 request to relocate is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant and note service on the docket.

Dated:     New York, New York
           June 9, 2026

                                    _____
                                           Denise Cote
                                    United States District Judge

2